IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRELL L. OTTOW,

    Plaintiff,

  v.

PROFESSIONAL PLACEMENT SERVICES, LLC,

    Defendant.

Case No. 20-cv-1008-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Darrell L. Ottow against defendant Professional Placement Services, LLC in the amount of $1,001.00.

| s/ K. Frederickson, Deputy Clerk | November 13, 2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |